STATE OF MAINE
CUMBERLAND, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. RE-17-198

WELLS FARGO BANK, N.A. AS )
TRUSTEE FOR OPTION ONE )
MORTGAGE LOAN TRUST 2000-B, )
ASSET-BACKED CERTIFICATES, )
SERIES 2000-B )
)
      Plaintiff, )
     v. )
)
MARY A. SPENCER AKA MARY )
SPENCER AKA POLLY SPENCER )
)
      Defendant )
      and )
)
DANA LODGE CONDOMINUM )
ASSOCIATION )
)
      Party in Interest. )

ORDER PLAINTIFF'S
MOTION IN LIMINE

TITLE TO REAL ESTATE
INVOLVED

Before the Court is Plaintiff, Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2000-B, Asset-Backed Certificates, Series 2000-B's Motion in Limine seeking to admit into evidence a certain record pursuant to M.R. Evid. 803(6) and 902(11). To the extent the information and figures integrated into the record were created by a third party, and seek to be admitted for its truth, the affiant must demonstrate "sufficient knowledge of both businesses' regular practices to demonstrate the reliability and trustworthiness of the information" therein. *KeyBank Nat'l Ass'n v. Estate of Quint*, 2017 ME 237, ¶ 13, 176 A.3d.

On January 22, 2020, this Court granted Plaintiff's Motion without hearing or receipt of a timely opposition. Having received and considered Defendant's Opposition, the Court hereby vacates its previous order. Because further witness testimony is required, Plaintiff's Motion is hereby DENIED.

Dated: 2/5/2020

MaryGay Kennedy, Justice
Maine Superior Court

Page 1 of 1

REC'D CUMB CLERKS OFC
FEB 6 '20 AM11:21

For Plaintiff: Loraine Hite, Esq.; Todd Richard Ketcham, Esq.; Gregory Braun, Esq. & Tristan Birkenmeier, Esq.

For Defendant: Neil S. Shankman, Esq.
For PII Dana Lodge: William Leete, Esq.